UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

VLADISLAV ZELONNDZHEV

            Plaintiff,

05 CV 1959

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

-against-

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

            Defendant.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.

_____
Amir J. Goldstein (AG- 2888)
Hauser & Assocates, P.C.
**Attorneys for the Plaintiff**
591 Broadway
New York, New York 10012
(212) 966- 5253
(212) 941- 8566 fax

SO ORDERED:

_____
U.S.D.

HAUSER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
591 BROADWAY · SUITE 3A
NEW YORK, NEW YORK 10012
TEL: (212) 966-5253  FAX: (212) 941-8566
www.hauserlawoffices.com

SETH A. HAUSER*
E-MAIL: seth.hauser@hauserlawoffices.com

AMIR J. GOLDSTEIN
E-MAIL: ajgold@hauserlawoffices.com

*ADMITTED IN NY AND NJ

RECEIVED
in Chambers of:
U.S. Magistrate Judge
[illegible]
SEP 13 2005

September 9, 2005

<u>Via Facsimile Only : (718) 260-2647</u>
The Honorable Magistrate Judge Robert M. Levy
Eastern District of New York
U.S. Courthouse, 225 Cadman Plaza East
Brooklyn, New York 11201

*RE: Zelondzhev v. Accounts Receivable Management Inc., EDNY 05 CV 1959 (ARR)*

Dear Magistrate Judge Levy:

    Kindly accept this letter apologizing for plaintiff's failure to appear for an initial conference before the Court on September 7, 2005.

    The matter above referenced had been resolved out of Court some time ago. While it took some time for each party to complete performance of the resolution it was agreed that plaintiff would file a discontinuance with the Court prior to the Conference and without necessity for the defendant to file an Answer.

    On or about August 20, 2005, my offices prepared a Stipulation of Discontinuance to be filed with the Court and same was placed in regular mail to the Clerk of the Court. Enclosed please find an additional Stipulation of Discontinuance to be filed herein. I mistakenly assumed that your Chambers would be advised by the Clerk within ample time that the case had been discontinued. In retrospect, I should have followed up with a telephone call to your Chambers to advise that the case had been settled and that a stipulation of discontinuance was being filed with the Clerk of the Court. I apologize for any inconvenience this has caused.

    If you have any further questions or comments, please feel free to contact the undersigned.

Very truly yours,

Amir J. Goldstein
Attorney for Plaintiff

AJG/adr
encl